Norman H. Beamer (CSB #160035)
ROPES & GRAY
1900 University Avenue
E. Palo Alto, California 94303
Tel.: (650) 617-4000
Facsimile: (650) 617-4090

Joseph L. Spiegel (*appearing pro hac vice*)
Spiegel Brown Fichera & Acard LLP
272 Mill Street
Poughkeepsie, New York 12601
Telephone: (845) 452-7400
Facsimile: (845) 452-4731

Attorneys for Plaintiff,
*Martin Gardner Reiffin*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MARTIN GARDNER REIFFIN, | |
| Plaintiff, | Case No. C 98-0266 (VRW) |
| v. | **STIPULATION AND [PROPOSED]** **FINAL JUDGMENT** |
| MICROSOFT CORPORATION, | |
| Defendant. | |

Pursuant to the Court's Order filed April 20, 2010 (D.I. 598), the parties hereby submit the following stipulated form of Final Judgment:

This action came on for hearing before the Court, Honorable Vaughn R. Walker, United States District Judge, presiding, on issues of patent invalidity, and for trial on the issue of

prosecution laches.  The issues having been duly heard and tried and decisions having been duly rendered, it is hereby Ordered and Adjudged that:

    1.    Plaintiff Martin G. Reiffin take nothing with respect to his claims in this action, and that judgment on the merits is hereby entered as follows.

    2.    On April 13, 2010, the United States Patent And Trademark Office issued a Reexamination Certificate cancelling all claims of U.S. Patent No. 5,694,604.

    3.    All claims of U.S. Patent No. 5,694,603 are invalid under the written description requirement of 35 U.S.C. Section 112, paragraph 1.

    4.    No claim of U.S. Patent No. 5,694,603 is unenforceable due to prosecution laches.

    5.    Taxable costs are awarded to the prevailing party, Defendant Microsoft, to be determined in accordance with LR Civ 54. 1.

    6.    Post-judgment interest shall accrue on any unpaid amounts from the date this Judgment is entered until full satisfaction, as provided in 28 U.S.C. § 1961.

    7.    All remaining claims are dismissed without prejudice.

    8.    The Court retains jurisdiction to enforce the terms of this Judgment.

IT IS SO STIPULATED:

April 27, 2010

by: _____/s/_____
    Norman H. Beamer

Norman H. Beamer (CSB #160035)
norman.beamer@ropesgray.com
ROPES & GRAY
1900 University Avenue
E. Palo Alto, California 94303
Tel.: (650) 617-4000
Facsimile: (650) 617-4090

Joseph L. Spiegel (*Pro Hac Vice*)
Spiegel Brown Fichera & Acard LLP
272 Mill Street
Poughkeepsie, New York 12601

Attorneys for Plaintiff,
*Martin Gardner Reiffin*

April 27, 2010

by: _____/s/_____
    Eric L. Wesenberg

Eric L. Wesenberg (State Bar No. 139696)
cwesenberg@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE UP
1000 Marsh Road
Menlo Park, CA 94025
Telephone: 650-614-7400
Facsimile: 650-614-740

Todd M. Siegel (*Pro Hac Vice*)
lodd.siegel@klarquist.com
John D. Vandenberg
john.vandenberg@klarquist.com
KLARQUIST SPARKMAN, LLP
One World Trade Center, Suite 1600
121 S.W. Salmon Street
Portland, OR 97204
Telephone: 503-595-5300
Facsimile: 503-595-5301

Attorneys for Defendant,
*Microsoft Corporation*

IT IS SO ORDERED

DATED____May 5, 2010_____    _____
    Honorable Vaughan R. Walker
    United States District Court Judge

**STIPULATION AND [PROPOSED] FINAL JUDGMENT**
 Case No.  C 98-0266 VRW