IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARDNER REIFFIN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>MICROSOFT CORPORATION,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. C 98-00266 VRW<br><br>**ORDER SETTING<br>HEARING ON MOTIONS** |

"In the event an order is needed in a closed case assigned to a judicial officer who is deceased or no longer sitting, the clerk shall refer the matter to the general duty judge for disposition." General Order 44 ¶ K. The following motions were filed while the undersigned judge was serving as the general duty judge and hence shall be decided by the undersigned judge:

- Martin Gardner Reiffin's motion to vacate summary judgment pursuant to FRCP 60 (Dkt. No. 628); and

- Ropes & Gray's motions to withdraw as counsel (Dkt. Nos. 632 and 638).

These motions were noticed to be heard by Judge Ware or by a judge to be named later. All previously noticed hearings on these motions are **VACATED**. The motions shall be heard at **2:00 P.M. ON THURSDAY, JUNE 2, 2011**, in Courtroom 9. All remaining briefing shall be filed in accordance with the local rules.

**IT IS SO ORDERED.**

Dated: April 25, 2011.

　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE