IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARDNER REIFFIN,<br><br>    Plaintiff,<br><br>  v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant.<br>                                                  / | No. C 98-00266 VRW<br><br>**NOTICE RE HEARINGS<br>ON PENDING MOTIONS** |

    All pending motions will be heard by the undersigned judge in **COURTROOM 9, ON THE 19TH FLOOR** of the San Francisco federal courthouse. As previously noticed, the motions for leave to withdraw as counsel will be heard at 2:00 p.m. on May 26, 2011, and the motion for fees will be heard at 2:00 p.m. on June 2, 2011.

    Attorney Joseph Spiegel requests to be excused from attending the May 26 hearing on his and his co-counsel's motions to withdraw as plaintiff's counsel. Attorney Spiegel represents that he is 77 years old, lives in New York, and is winding down his practice. He further represents that plaintiff has consented to his withdrawal from the case (Dkt. No. 645). Attorney Spiegel's request to be excused from attending the hearing is **DENIED**. As stated previously, Attorney Spiegel must attend the May 26 hearing. The motions for leave to withdraw cannot be resolved unless all interests are represented.

    **IT IS SO ORDERED.**

Dated: May 19, 2011.

                                                      WILLIAM ALSUP<br>
                                                      UNITED STATES DISTRICT JUDGE