IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARDNER REIFFIN,<br><br>Plaintiff,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant.<br>_____/ | No. C 98-00266 WHA<br><br>**ORDER RE-OPENING CASE, REFERRING CASE FOR RE-ASSIGNMENT, AND VACATING HEARINGS** |

"In the event an order is needed in a closed case assigned to a judicial officer who is deceased or no longer sitting, the clerk shall refer the matter to the general duty judge for disposition. If a ruling by the general duty judge results in the reopening of such a case, the clerk shall randomly reassign the case pursuant to paragraph D." General Order 44 ¶ K.

In May 2010, a stipulated final judgment was entered in this action, and the district court case was closed. The assigned judge subsequently retired. In April 2011, following appeal, four motions were filed (Dkt. Nos. 628, 632, 633, 640). Those motions were referred to the undersigned judge, who was serving as general duty judge during the month of April. An additional motion was filed in May 2011, when the undersigned judge no longer was serving as general duty judge (Dkt. No. 645). The following motions remain pending:

- a motion for leave to withdraw as plaintiff's counsel by Attorneys Norman H. Beamer and Jesse J. Jenner of Ropes & Gray LLP;

- a motion for leave to withdraw as plaintiff's counsel by Attorney Joseph L. Spiegel of Spiegel Brown Fichera & Acard LPP; and

- defendant's motion for attorney's fees.

This closed case has once again become active. At this juncture, the appropriate course is to re-open the file and have the entire case re-assigned to a single judge. Accordingly, the clerk is hereby **ORDERED** to re-open the file and to refer the case to the Assignment Committee for random re-assignment pursuant to paragraph D of General Order 44. The hearings previously set for May 26 and June 2 are **VACATED**.

**IT IS SO ORDERED.**

Dated: May 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE