IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARDNER REIFFIN, | No. C 98-00266 WHA |
| Plaintiff, | |
| v. | **NOTICE REGARDING RE-ASSIGNMENT AND HEARING** |
| MICROSOFT CORPORATION, | |
| Defendant. / | |

Pursuant to paragraph D of General Order 44, this case was randomly re-assigned to the undersigned judge. The May 26 hearing on the motions for leave to withdraw as counsel shall be placed back on calendar unless counsel already have made alternative travel plans for that day. Counsel shall please advise immediately as to whether alternative plans have been made.

Dated: May 24, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE