United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN GARDNER REIFFIN,

    Plaintiff,

  v.

MICROSOFT CORPORATION,

    Defendant.
                                   /

No. C 98-00266 WHA

**ORDER SETTING HEARING ON MOTIONS FOR LEAVE TO WITHDRAW**

      In light of the alternative travel arrangements made by counsel, the hearing on the motions for leave to withdraw as counsel will not go forward on May 26. Instead, a hearing on the motions for leave to withdraw is hereby set for **2:00 P.M. ON JUNE 9, 2011**. A previously stated, the hearing must be attended by all three attorneys seeking leave to withdraw as plaintiff's counsel, by plaintiff Martin Gardner Reiffin himself, and by defendant's counsel. Plaintiff's counsel are responsible for promptly informing Mr. Reiffin of this new hearing date and the requirement that he attend the hearing. After the withdrawal motions are resolved, a new hearing date and briefing schedule will be set for defendant's motion for attorney's fees.

      **IT IS SO ORDERED.**

Dated: May 24, 2011.

                                                  WILLIAM ALSUP
                                                  UNITED STATES DISTRICT JUDGE