IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MARTIN GARDNER REIFFIN,

    Plaintiff,

  v.

MICROSOFT CORPORATION,

    Defendant.
                             /

No. C 98-00266 WHA

**NOTICE REGARDING JUNE 9 HEARING**

    Due to an ongoing trial, the time available for oral argument will be limited. Counsel should plan to address only critical points.

Dated: June 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE